

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-63,955-07

### EX PARTE TIMOTHY SCOTT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 01CR2002 IN THE 405TH DISTRICT COURT
### FROM GALVESTON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of indecency of a child by contact and sentenced to forty years' imprisonment.

Applicant alleges actual innocence based on newly discovered evidence, ineffective assistance of trial counsel, and trial error. After a live hearing, the trial court concluded that the actual innocence claim is without merit. The court's findings are supported by the record. Therefore, we deny relief on the actual innocence claim. Section 4 of Article 11.07 of the Code of Criminal

Procedure bars consideration of the remaining claims, which are dismissed.

Filed: September 17, 2014
Do not publish